RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org
Attorney for Alberto Caldera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTO CALDERA,<br><br>  Defendant. | Case No. 2:24-mj-00004-EJY<br><br>**SECOND STIPULATION TO EXCLUDE CERTAIN DELAY FROM COMPUTING THE TIME WITHIN WHICH TRIAL MUST COMMENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Steven Rose, and Kimberly Frayn, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Alberto Caldera, that the delay resulting from Mr. Caldera's medical care and temporary releases pursuant to 18 U.S.C. § 3142(i)(4) is excludable from computing the time within which trial must commence in Eastern District of California Case No. 1:23-cr-223-JTL-SKO. The parties previously stipulated that this time included the period from January 3, 2024, through February 15, 2024. The parties further stipulate that additional time shall be excluded from the time within trial must commence and the parties compute this time as follows, beginning on February 15, 2024, and ending on the

earlier of either: (a) February 28, 2024, the next hearing date in case number 2:24-mj-0004-EJY; or (b) Mr. Caldera's transport to the Eastern District of California.

This Stipulation is entered into for the following reasons:

1. Mr. Caldera made initial appearances in the District of Nevada on January 3, 2024, on a Petition for Offender Under Supervision (Case No. 2:21-cr-227-JAD-EJY) and an Indictment out of the Eastern District of California (Case No. 1:23-cr-223-JTL-SKO). *See United States v. Sealed*, 2:24-mj-00004-EJY, ECF No. 12 (D. Nev. Jan 3, 2024).

2. Mr. Caldera submitted to detention, but the Court granted temporary release under 18 U.S.C. § 3142(i)(4) so that Mr. Caldera could undergo a medical surgery on January 5, 2024. *Id.*

3. The surgery scheduled for January 5, 2024, did not take place, was rescheduled for January 26, 2024, and Mr. Caldera self-surrendered on January 8, 2024. *United States v. Sealed*, 2:24-mj-00004-EJY, ECF No. 14 (D. Nev. Jan 8, 2024).

4. The Court ordered a series of temporary releases to accommodate rescheduled medical appointments and surgery, specifically for appointments on January 19, January 16, and February 15, 2024 . *United States v. Sealed*, 2:24-mj-00004-EJY, ECF No. 15 (D. Nev. Jan 8, 2024).

5. The parties' understanding is that these medical appointments were necessary, and Mr. Caldera needed to be present in Nevada to attend these appointments.

6. Mr. Caldera has a follow-up appointment on February 15, 2024, which may result in additional medical care depending on the recommendations of the medical professionals.

7. There is currently a hearing set for February 28, 2024, however if Mr. Caldera is transported to California before that hearing, the hearing will be vacated.

8. Until the results of the February 15, 2024, appointment are known, the parties cannot predict when Mr. Caldera will be transported to the Eastern District of California.

9. The parties agree that the delay resulting from his medical care constitutes "delay resulting from transportation of any defendant from another district, or to and from places of examination or hospitalization" under 18 U.S.C. § 3161(h)(1)(F) and that such delay "shall be excluded in computing the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence" 18 U.S.C. § 3161(h).

10. The parties further agree that the delay, from February 15, 2024, through not later than February 28, 2024—though potentially longer than 10 days—is not unreasonable. *See* 18 U.S.C. § 3161(h)(1)(F) ("[A]ny time consumed in excess of ten days from the date an order of removal or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable.").

11. The parties agree that the delay is based upon the dates provided by the medical provider, and the delay is designed to accommodate the medical schedule.

DATED this 15th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

DATED: February 15, 2024.          IT IS SO ORDERED.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3